

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:           01-16-00093-CV

Trial Court Cause
Number:                 2012-53837

Style:                  Marcelle  Guimaraes

                        **v**  Christopher  Scott  Brann

Date motion filed[*]:   September 21, 2018

Type of motion:         Motion for Rehearing

Party filing motion:    Appellant

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
    ☐ Acting individually    ☒ Acting for the Court

Panel consists of    Chief Justice Radack and Justices Jennings and Lloyd.

Date:  12/20/18